AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:   SEE ATTACHMENT

### DEFENDANT - U.S

▶ ANTHONY EUGENE WILEY,  aka "June Bug,"

**DISTRICT COURT NUMBER**

CR08-468   CW

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4:08-70392 WDB

**Name and Office of Person Furnishing Information on this form**   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   JAMES C. MANN, AUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR ANTHONY EUGENE WILEY

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Distribution Of A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

E-filing

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

~~CR08-468~~ CW

### UNITED STATES OF AMERICA,

### V.

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ANTHONY EUGENE WILEY,
### aka "June Bug,"

### DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine
Base

A true bill.

_____
Deputy       Foreman

Filed in open court this _16th_ day of

_July 2008_

_____ Clerk

No process requested

Bail, $ _____    7/16/08



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          )    CR08-468   CW
                                       )    No.
13          Plaintiff,                 )
                                       )    VIOLATIONS:  21 U.S.C. §§ 841(a)(1) and
14      v.                             )    841(b)(1)(B)(iii) – Distribution of Cocaine
                                       )    Base
15  ANTHONY EUGENE WILEY,              )
        aka "June Bug,"                )
16                                     )    OAKLAND VENUE
                                       )
17          Defendant.                 )
                                       )
18  _____)

19                    I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:       (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine
                      Base)
22

23      On or about June 9, 2008, in the Northern District of California, the defendant,

24                    ANTHONY EUGENE WILEY,
                         aka "June Bug,"
25

26  did knowingly distribute a Schedule II controlled substance, namely, approximately 27.8 grams

27  of a mixture and substance containing a detectable amount of cocaine base in the form of "crack"

28  ////

INDICTMENT

FILED

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

1   cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

2

3   DATED: July 16, 2008                              A TRUE BILL.

4

5                                    Deputy    FOREPERSON

6   JOSEPH P. RUSSONIELLO
    United States Attorney

7

8

9   W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

10

11  (Approved as to form:
                    AUSA J.C. MANN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT