UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/13/08

**Plaintiff:** United States

**v.**                                                        **No.** CR-08-00468 CW

**Defendant:** Anthony Eugene Wiley (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Scott Sugarman

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:   Trial Setting**

**Notes:**    This was the defendant's first appearance before District Judge.  Defense counsel needs state records.  **Case continued to 9/24/08 at 2:00 p.m. for disposition or motion setting or trial setting.**  Defense needs to get discovery and determine if there will be motions.  Time excluded for effective preparation.

Copies to: Chambers